**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Court File No.: 02-292 (RHK/JMM)

Altura Communication Systems, LLC,
Plaintiff,

vs.

Ardent Partners, Inc.,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the above-entitled action may be, and the same hereby is, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

Dated : 9-20-2002

Garrett N. Weber, Esq.
Lindquist & Vennum, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3296

*Attorney for Plaintiff Altura Communications Systems, LLC*



FILED SEP 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 23 2002
DEPUTY CLERK

Dated: 7/19/02

Gary W. Hoch (#45597)
**MEAGHER & GEER, P.L.L.P.**
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612)338-0661

*Attorney for Defendant Ardent Partners, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No.: 02-292 (RHK/JMM)

Altura Communication Systems, LLC,

Plaintiff,

vs.

**ORDER FOR DISMISSAL**

Ardent Partners, Inc.,

Defendant.

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED: That the above-entitled action is hereby dismissed with prejudice and on the merits, without further cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 9/23/02

Judge of District Court